THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 11, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Alice Julie Bobeck<br><br>Debtor. | Chapter: 13<br><br>Case No. 16-25233-beh |

**ORDER PURSUANT TO HEARING UPON MOTION OF WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2002-A, ASSET-BACKED CERTIFICATES, SERIES 2002-A FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2002-A, Asset-Backed Certificates, Series 2002-A, for an order for relief from the automatic stay and abandonment with respect to the property located at 4456 68th Pl, Kenosha, WI 53142-3853, this matter was heard on December 20, 2016, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor(s) appearing through Miller & Miller Law, LLC, by Angela M. Soltis, and Sandra Baner appearing on behalf of the Chapter13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms of this order:

1. The movant may file a supplemental claim for the post-petition arrearage which exists

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

through the end of December 2016 in the amount of $13,952.13.

The arrearage is itemized as follows:

| | |
|---|---:|
| 6/1/16 through 11/1/16<br>6 mortgage payments @ $1,849.47 | $11,096.82 |
| 12/1/16 through 12/1/16<br>1 mortgage payments @ $1,849.46 | 1,849.46 |
| Attorney Fees and Costs | 1,005.85 |
| TOTAL ARREARAGE | $13,952.13 |

2. Commencing in January 2017 and continuing through and including June 2017, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

3. Commencing in July 2017, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

4. Pending further notice, the amount of the monthly mortgage payment is $1,849.46 and payments shall be made to the movant at Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409.

5. Abandonment of the bankruptcy estate's interest in the property shall be effective immediately.

#####