

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 5, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Alice Julie Bobeck, | Case No. 16-25233-beh |
| Debtor. | Chapter 13 |

**ORDER DENYING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND FOR ABANDONMENT
WITH CONDITIONS**

This matter was heard on August 4, 2020, pursuant to the renewed motion for relief from the automatic stay and for abandonment filed by U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 4456 68th Place, Kenosha, Wisconsin, with the following appearances:

- movant appearing by counsel, Eric Feldman & Associates, P.C., by Bryan M. Ward,
- debtor appearing through Miller & Miller Law, LLC, by Jill Campo, and
- Sandra Baner appearing on behalf of the Chapter 13 Trustee.

Upon consideration of the documents filed by the parties and statements of counsel at the hearing, and the files, records and proceedings herein,

IT IS HEREBY ORDERED that the renewed motion is denied subject to the following terms and conditions:

1. Movant may file a supplemental claim for the post-petition arrearage plus Movant's fees and costs, as agreed to by counsel for the debtor and movant at the hearing.

2. Within 30 days of movant filing its supplemental claim, debtor will file an Amended Plan to provide for payment of the supplemental claim.

3. Commencing with the August 4, 2020 payment, and continuing through and including the April 1, 2021 payment, debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

5. Thereafter, the debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless debtor files an objection requesting a hearing within 14 days of the motion renewal.

6. Any further order granting movant relief from the automatic stay as to the real property at issue shall also constitute abandonment pursuant to 11 U.S.C. § 554(b).

7. Pending further notice, the amount of the monthly mortgage payment is $2,030.64, and payments shall be made to the movant c/o BSI Financial Services, 314 S. Franklin Street, 2nd Floor, Titusville, PA 16354.

#####